In the Matter of the Rehabilitation of BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of Holders of Investments in a Mortgage Covering Premises 12–16 WASHINGTON PLACE, BOROUGH OF MANHATTAN, CITY OF NEW YORK, Guaranteed by Bond and Mortgage Guarantee Company. HOUSE OF REST AT SPRAIN RIDGE, Holder of Mortgage Certificates Covering 12–16 Washington Place, Borough of Manhattan, et al., Appellants, MANUFACTURERS TRUST COMPANY, as Trustee for Mortgage Certificate Holders, et al., Respondents.— Order disapproving a contract between respondent Manufacturers Trust Company, as trustee, and the 14 Washington Place Corporation for the sale of certain bonds and mortgages, authorizing said trustee to enter into an agreement with the owner of mortgaged premises for extension of time of payment of the principal amount of

such bonds and mortgages, and granting other relief, insofar as appealed from, affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.